PEOPLE v TURNER THOMAS. (Docket No. 56601.) Motion for clarification as to scope of appointment of counsel in this Court's order of January 22, 1975, filed on behalf of plaintiff-appellee is considered, and the same is hereby denied. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *George N. Parris,* Prosecuting Attorney, *Don L. Milbourn,* Chief Appellate Lawyer, and *Stephen F. Osinski,* Assistant Prosecuting Attorney, for the people. State Appellate Defender for defendant-appellant. Case below, Court of Appeals No. 17607, per curiam opinion of October 10, 1974.

FEBRUARY 3, 1976

PEOPLE v WALLACE. (Docket No. 57631.) Leave to appeal is considered and, it appearing to this Court that the case of *People v Brown* (Docket No. 56326) is presently pending on appeal before this Court and that the decision in that case may be decisive of an issue raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending decision in *People v Brown.* The motion for immediate consideration is considered, and the same hereby is granted. The motion to continue bond is considered, and the same hereby is granted. *Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Patricia J. Boyle,* Principal Attorney, Research, Training and Appeals, and *Samuel C. Damren,* Assistant Prosecuting Attorney, for the people. *Carl Ziemba* for defendant-appellant. Case below, Court of Appeals No. 21595, order of October 16, 1975.

CHRYSLER CORPORATION v WASHINGTON. (Docket Nos. 55960–55965.) Leave to appeal is considered and, it appearing to this Court that the case of *General Motors Corporation v Erves,* 395 Mich 604, is presently pending on rehearing before this Court and that the decision in that case may be decisive of the issues raised in the present application for leave to appeal, it is ordered that the present application be held in abeyance pending rehearing and decision in *General Motors Corporation v Erves. Clifford L. Johnson* for plaintiff-appellee. *John A. Fillion* and *Jordan Rossen* for defendants-appellants. Reported below: 52 Mich App 229.